*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

        Plaintiff-Appellee,

v

JEAN ANTHONY,

        Defendant-Appellant.

UNPUBLISHED
February 28, 2019

No. 340535
Oakland Circuit Court
LC No. 2017-263059-FH

Before: TUKEL, P.J., and SHAPIRO and GADOLA, JJ.

SHAPIRO, J. (*concurring*).

I concur fully in the majority's analysis of the proportionality of defendant's sentence. As to defendant's challenge to court costs, I concur with the majority because I am bound by *People v Cameron*, 319 Mich App 215; 900 NW2d 658 (2017).

/s/ Douglas B. Shapiro